**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ronald Leo Lopez, | NO. C 08-05386 JW |
|       Petitioner, | **JUDGMENT** |
|   v. | |
| James A. Yates, Warden, | |
|       Respondent. | |

Pursuant to the Court's September 24, 2010 Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent James A. Yates, Warden, against Petitioner Ronald Leo Lopez.

No certificate of appealability shall issue. Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: September 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michele J. Swanson, michele.swanson@doj.ca.gov
William M. Robinson, bill@sdap.org

**Dated: September 24, 2010**          **Richard W. Wieking, Clerk**

                                         **By:**     **/s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California